# United States Court of Appeals
## For the First Circuit

No. 12-1386

BANGOR GAS COMPANY, LLC,

Plaintiff, Appellant,

v.

H.Q. ENERGY SERVICES (U.S.) INC,

Defendant, Appellee.

ERRATA

The opinion of this Court, issued on September 26, 2012, should be amended as follows.

On page 14, line 3, delete "a" between "violate" and "such".